United States District Court
Eastern District of North Carolina
Western Division

**FILED**
MAR 30 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. _____
(To be filled out by Clerk's Office only)

_____Darrel R Fisher_____

citizen
~~Inmate~~ Number 11927045

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____Joe Biden_____

**COMPLAINT**
Citizen
*(Pro Se ~~Prisoner~~)*

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

*Citizen*
Rev. 5/2017 ~~Prisoner~~ Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se* ~~prisoners challenging the constitutionality of their conditions of confinement,~~ *claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☒ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Darrel R Fisher
Name

11927045
~~Prisoner~~ ID #
*Citizen*

Federal Medical Center
Place of Detention

P O Box 1600
Institutional Address

Butner        North Carolina        27509
City                       State                    Zip Code

*Citizen*
## III. ~~PRISONER~~ STATUS

*Indicate whether you are a* ~~prisoner~~ *Citizen or other confined person as follows:*

☐ Pretrial detainee    ☐ State    ☐ Federal
☐ Civilly committed detainee   Not being held under any law of the United States nor any lawful act of any court nor by the BOP.
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Joe Biden
Name

President of the United States
Current Job Title

1600 Pennsylvania Avenue NW
Current Work Address

District of Columbia        20500
City         State       Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 2: _____
Name

Current Job Title

Current Work Address

City         State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 5/2017 ~~Prisoner~~ Citizen Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: District of Columbia

Date(s) of occurrence: August 24, 2022

State which of your federal constitutional or federal statutory rights have been violated:

Liberty and Property in the 5th Amendment; 42USC1981,1982, 18USC1621,1346, 242,2,1951,1352,1503; Constitution Art 1 sect 10, cl 1;

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

See attached pages

Who did what to you?

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
  If no, explain why not:

Is the grievance process completed?  ☐ Yes  ☐ No
  If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Issue the [Permament INjunction] immediately on Biden, that he is being enjoined from [taking] my personal property legally, as he is to collect the money due per each contract as written [take care that the laws be faithfully executed].

Citizen
Rev. 10/2015 ~~Prisoner~~ Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide ~~prison~~ Citizen identification number and prison address.*

_____March 26, 2023_____ _____Darrel R. Fisher_____
Dated                              Plaintiff's Signature

Darrel R Fisher
Printed Name

11927045
~~Prison~~ Identification #
Register/Citizen

P O Box 1600    Butner,    North Carolina    27509
Prison Address    City    State    Zip Code