I am not a "prisoner" nor an inmate here as I have never been sued civilly to be a "civil detainee" nor awaiting trial as never being charged/accused of any federal criminal act in the W.D. of Mo. W.D. at Kansas City, Mo. 64106, hence no personal jurisdiction over me as all the while I have been here at FMC Butner from April 1, 2010----Jan. 31, 2011, the federal District Court in the W.D. of Mo. W.D. ~~maintained jurisdiction over me~~ and even though they did not that court did not acquire legal jurisdiction over me nor have I ever been notified or informed of any criminal complaint or charge nor of any civil complaint ever being filed against me. The federal District Court in the E.D. of N.C. W.D. at Raleigh, NC. 27611 never had nor could it acquire personal jurisdiction over me nor subject matter jurisdiction over me in 2010 nor before nor since. There was no due process or any other kind of process afforded nor accorded me in almost 21 years of federal imprisonment by the federal government's hand as speaking through its employees and agents and officers, it acts are violative of that rule of governmental action. I have never been arrested by Rule 4(c)(3)(A) of the Fed. R.Crim.P. nor Rule 4 Fed.R.Civ.P. nor notified of any suit of any kind.
The same governmental body, such as a court, cannot pursue 2 separate, different acts against 1 person at the same time, until 1 of the acts is settled as no court, judge or US Att'y. can personally file a civil suit against 1 individual while the court is prosecuting for a criminal charge as the SCOTUS ruled on March 23, 1966 Baxstrom v Herold 383US107 86Sct760 15Led2d620 "so long as he is not in prison at the time the civil commitment proceedings are instituted."
Here at Butner, NC's FMC, this District Court does not have subject matter jurisdiction to accuse anything of anyone because it does not have personal jurisdiction over the person who is not a prisoner nor inmate as not ever accused of a federal offense back home, as that court cannot claim subject matter jurisdiction over him when it does not either have personal jurisdiction over the person as the government never informed him of any criminal complaint nor charge stemming from that complaint, that the government made against him, and when it made the charge.
This local federal District Court cannot just claim to do what it wants with a victim/person as the laws, as the SCOTUS ruled is the law, acquire jurisdiction over a person never informed of any complaint by dictating it, so as to kidnap that person as to; inveigle, decoy, confine, abduct, kidnap or hold any person for reward, ransom or otherwise. Every man here is illegally being denied his personal freedom, a civil right, by force of the gun, not due process of law, as in regard to the Constitution; So these judges in Raleigh, NC. and the Court of Appeals in Richmond, Va. 23219, all cover-up these facts of law even though they all know these men are being denied due process of law by force.

Excerpts from the PLRA (3) term "prisoner" means any person subject to incarceration, detention, or admission to any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of probation, parole, or pretrial release, or diversionary program;...
18USC3626(h)

I, petitioner, am a citizen per Re Heff April 10, 1905 197US488 25Sct506 49Led848, 850; This self-created government took my money, property, as taxes that it claimed it could, so, and in turn granted and guaranteed to/for me liberty of person and of conscience, including liberty of contract, and my right to acquire and possess property. The social relation of suit and defense and the security of person, estate and reputation. This government is not the owner of my property, contracts, just the administrator of them, as all federal properries are not owned by the federal government, but are held in trust for the citizens of the United States [because we paid for them]; So, lets get down to the subject of this dissertation: Joe Biden issued an [Executive Order] on August 24, 2022, to cancel my pre-existing contracts, property, rights, where he had no authority to do so; as he does not seek any authority of any law in the United States, only his [claimed] power to do it, as he cannot [cancel] a debt owed to me by contract terms as I am a citizen of the United States. June 4, 1934 Lynch v US 292US506 54Sct840 78Led1434 hn4; [Valid contracts are property, and as such are protected from taking without just compensation, whether the obligor be a private individual, a municipality, a state, or the United States] Amendment 5; May 5, 1879 Sinking Fund Cases 98US700,718 25LED496; U.P.R.R. Co v US; [A contract is binding on the United States, and cannot, without the consent of the Company, be changed by subsequent legislation]. 52USC1981 Civil Rights Act 1866 , Enforcement Act 1870; [Every person...shall have the same right...to make and enforce contracts...and to the full and equal benefit of all laws and proceedings for the security of persons...without regard to race] 42USC1982 above; [Every person...shall have the same right...to purchase, sell, inherit, lease, convey and hold real and personal property]'.
Art1, sect10, cl1. [No state...shall...make any law impairing the obligation of contracts]; Amendment 5; Nor deprive life, liberty or property without due process of law. Art1, Sect1; [All legislative power shall be vested in one Congress of the United States] Feb. 18, 1935 PERRY V US 294US330 55Sct432 79Led912; [In the United States, sovereignty resides in the people who act through organs established by the Constitution]
Those students who took out those loans made a contract with the citizens of the United States, whose property was taken as taxes to be administered by the self-created government and held in trust is the property of the citizens who paid for them, so, Joe Biden's claim to be able to amend/abridge the terms of existing contracts is without merit and unlawful as then it is without the consent of the owners of each contract, property, to amend each one, and without [just compensation] as his act did try to deny me my liberty and property without due process of law, which he cannot do here. Amendment 5;
By this petition, for redress, I seek to stop Joe Biden's attempt to give my rights away illegally. I seek to enforce the contracts', propertys' terms by a [PERMANENT INJUNCTION] issued by this court under the checks-and-balances system of this government as in the Constitution; to stop Joe Biden from implementing his plan to forgive the student loans by Executive Order of Aug. 24, 2022. The $1.6 Trillion due to the citizens on those loans, contracts, property, debts, owed, are not to be abrogated by Joe Biden's 'act/hand; This petition for redress shall be served on the USA, M Easley, promptly, and on the Attorney General of the United States. Biden's act is unconstitutional and illegal, as the document states [take care that the laws be faithfully executed]; as to not do so is an impeachable offense as a [high crime or misdemeanor]. The administrators job is to collect the principal plus the interest due [WE THE PEOPLE] by the terms of our property, at the time of the contracts' making.

*** and property]

1JB

The opinion by the SCOTUS got it all wrong all those years ago, to say by that that the United States is not the contractor; June 4, 1934 Lynch v US 292US571 54Sct840 78Led1434; hn4; [When the United States enters into a contract relations its rights and duties therein are goverened generally by the laws applicable to contracts between private individuals]; this is wrong here as the United States is the administrator of the property, contracts, We the People Paid For, own as it was we the people who paid for all of the properties the United States protects/administers for us. The United States is not a [person] but is an artificial entity created to seive us to hold in trust all of the properties we own, to say it redundantly. The United States is a land mass on the globe of the world. secure to the peoole who populate it, it is just that, we are the sovereigh people as without us there is no United States.

The proposition that is in the Constitution as to the census of us is written wrongly and has been interpreted badly all of those years agot to [Enumerate] all persons is to grant/give political votes/power to all illegals in proportion to that number in the House of Representatives as a person, not just citizens as we are the only one's who can vite in the elections, but, these non-citizens are voting in my country by the census count assuming the illegals are citizens of the United States. These millions of illegals are reflected in the apportionment of the House of Representatives as a voting block, seemingly to vote lawfully.

The act by Biden does go against the clause [take care that the laws be faithfully executed]. All of the laws, as regards the premise that that act is the [law of the land], violate the 5th Amendment's [just compensation] clause.

We the People were taxed to provide all of the seed money for the United States to loan out as per contracts/properties, of the people to own, now plus interest per the terms of each contract, property agreed to by each borrower, thus, Joe Biden's act rescinding the contracts is not lawful in that [Exceptions to law] as Congress shall make the Rules for the government, not the Executive branch officer, and even Congress cannot change the terms of existing contracts/properties, but can change the laws/terms of future contracts, just not existing properties, as we paid for Congress too.

Just like the Copyright law 17USC201(b) The employer for whom the work was prepared ..is considered its author, and...owns the work.

*Daniel R. Fiehn*