IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CT-3097-BO

DARRELL R. FISHER, )
)
      Plaintiff, )
)
v. ) ORDER
)
JOE BIDEN, )
)
      Defendant. )

The papers in the above captioned matter are deficient in the following respects:

( ) The complaint is not on the forms prescribed for use by this court.

( ) The complaint is unsigned. Complaint returned for your signature.

( ) The complaint is not legible.

( ) The U.S. Marshal will be unable to effect service upon defendant due to insufficient address information.

(xx) You must either file an application to proceed without prepayment of fees and affidavit or pay $402.00 ($350.00 filing fee plus $52.00 administrative fee). **NOTE: In cases with more than one plaintiff, each plaintiff will be assessed the entire filing fee.**

( ) The application to proceed without prepayment of fees and affidavit does not have an original signature.

( ) The filing entitled "" is not signed. Filing returned for your signature.

Plaintiff is DIRECTED to correct the deficiencies listed above and return the corrected papers within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this 3rd day of April 2023.

                              Robert B. Jones, Jr.
                              United States Magistrate Judge